IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:05CR2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| FRANCISCO SANCHEZ-MONTERO ) | |

**THIS MATTER** is before the Court on Defendant's objections to the Magistrate Judge's Memorandum and Recommendation that his motion to suppress be denied.

Because the Defendant has subsequently entered a guilty plea in this matter during a Rule 11 hearing conducted April 27, 2005,

**IT IS, THEREFORE, ORDERED** that the Defendant's objections to the Memorandum and Recommendation are **DISMISSED** and the motion to suppress is **DENIED** as moot.

Lacy H. Thornburg
United States District Judge